IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

VICTOR QUINTANA,

      Plaintiff,                    No. CIV S-09-3221 FCD KJM P

   vs.

GARY SWARTHOUT, et al.,

      Defendants.          ORDER

_____/

        Plaintiff has requested the appointment of counsel. The United States Supreme Court has ruled that district courts lack authority to require counsel to represent indigent prisoners in § 1983 cases. <u>Mallard v. United States Dist. Court</u>, 490 U.S. 296, 298 (1989). In certain exceptional circumstances, the court may request the voluntary assistance of counsel pursuant to 28 U.S.C. § 1915(e)(1). <u>Terrell v. Brewer</u>, 935 F.2d 1015, 1017 (9th Cir. 1991); <u>Wood v. Housewright</u>, 900 F.2d 1332, 1335-36 (9th Cir. 1990). In the present case, the court does not find the required exceptional circumstances. The court notes that, plaintiff's lack of fluency in English notwithstanding, he has filed a complaint that the court has screened under 28 U.S.C. § 1915A(a), and he has filed a response to defendant's motion to dismiss. At this point, plaintiff's lack of fluency in English appears not to have impeded his access to the court as a pro se litigant. Plaintiff's motion for the appointment of counsel will therefore be denied.

1

1  Accordingly, IT IS HEREBY ORDERED that plaintiff's motion for the
2  appointment of counsel (Docket No. 14) is denied.
3  DATED: October 5, 2010.

_____
U.S. MAGISTRATE JUDGE

4
quin3221.31

2