IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

VICTOR QUINTANA,

      Plaintiff,                            No. CIV S-09-3221 FCD KJM P

   vs.

GARY SWARTHOUT, et al.,

      Defendants.                 <u>ORDER</u>

/

        On October 19, 2010, plaintiff filed a request for reconsideration of the magistrate judge's order filed October 6, 2010, denying appointment of counsel. Pursuant to E.D. Local Rule 303(f), a magistrate judge's orders shall be upheld unless "clearly erroneous or contrary to law." Upon review of the entire file, the court finds that it does not appear that the magistrate judge's ruling was clearly erroneous or contrary to law.

        Therefore, IT IS HEREBY ORDERED that, upon reconsideration, the order of the magistrate judge filed October 6, 2010, is affirmed.

DATED: November 30, 2010.

                                            FRANK C. DAMRELL, JR.
                                            UNITED STATES DISTRICT JUDGE