IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

VICTOR QUINTANA,

    Plaintiff,                                  No. CIV-S-09-3221 KJM DAD (TEMP) P

    vs.

ERIC ESPINOSA,

    Defendant.                               ORDER

_____/

        On February 25, 2011, defendant filed a motion to dismiss.  Plaintiff has not opposed the motion.  Good cause appearing, IT IS HEREBY ORDERED that, within thirty days of the date of this order, plaintiff shall file an opposition to the motion to dismiss or a statement of non-opposition.  Failure to comply with this order will result in dismissal of this action be pursuant Federal Rule of Civil Procedure 41(b).

DATED: April 21, 2011.

                                                /s/ Dale A. Drozd
                                                DALE A. DROZD
                                                UNITED STATES MAGISTRATE JUDGE

hm
quin3221.46osc