IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

VICTOR QUINTANA

    Plaintiff,                     No. CIV S-09-3221 KJM DAD (TEMP) P

    vs.

GARY SWARTHOUT, et al.

    Defendants.               <u>ORDER</u>

_____/

        Plaintiff has requested an extension of time to file an opposition to defendant's motion to dismiss. The motion will be granted, but not to the extent requested by plaintiff. Plaintiff will have forty-five days from the entry of this order in which to file an opposition to defendant's pending motion to dismiss. Because plaintiff will receive additional time in which to file an opposition, his previous request to postpone proceedings is rendered moot by this order.

/////
/////
/////
/////
/////
/////

1

Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiff's motion for an extension of time (Doc. No. 35) is granted part and denied in part. Plaintiff is granted forty-five days from the entry of this order in which to file an opposition to the motion to dismiss.

2. Plaintiff's motion to postpone proceedings (Doc. No. 34) is denied as moot.

DATED: July 6, 2011.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

hm
quin3221.36