IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

VICTOR QUINTANA

    Plaintiff,                      No. CIV S-09-3221 KJM CKD P

    vs.

GARY SWARTHOUT, et al.

    Defendant.                 ORDER

_____/

        Plaintiff is a state prisoner proceeding pro se with an action under 42 U.S.C. § 1983. On March 9, 2012, the district judge assigned to this case adopted the magistrate judge's findings and recommendations in full and denied the defendant's motion to dismiss. Defendant therefore has fourteen days after the entry of that ruling in which to file a responsive pleading to the first amended complaint. Fed. R. Civ. P. 12(a)(4)(A).

        Accordingly, IT IS HEREBY ORDERED that defendant has until March 24, 2012, in which to file a responsive pleading to the first amended complaint.

Dated: March 19, 2012

                                      _____
                                      CAROLYN K. DELANEY
                                      UNITED STATES MAGISTRATE JUDGE

3/quin3221.ord

1