1

2

3

4

5

6

7

8                    IN THE UNITED STATES DISTRICT COURT

9                 FOR THE EASTERN DISTRICT OF CALIFORNIA

10   VICTOR QUINTANA

11         Plaintiff,                    No. CIV S-09-3221 KJM CKD P

12      vs.

13   GARY SWARTHOUT, et al.

14         Defendant.                    ORDER

15   _____/

16         Plaintiff is a state prisoner proceeding pro se with an action under 42 U.S.C. §

17   1983.  On March 9, 2012, the district judge assigned to this case adopted the magistrate judge's

18   findings and recommendations in full and denied the defendant's motion to dismiss.  Defendant

19   therefore has fourteen days after the entry of that ruling in which to file a responsive pleading to

20   the first amended complaint.  Fed. R. Civ. P. 12(a)(4)(A).

21         Accordingly, IT IS HEREBY ORDERED that defendant has until March 24,

22   2012, in which to file a responsive pleading to the first amended complaint.

23    Dated: March 19, 2012

24                                        _____

25                                        CAROLYN K. DELANEY
                                         UNITED STATES MAGISTRATE JUDGE
26   3/quin3221.ord

1