IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

VICTOR QUINTANA,

        Plaintiff,       2: 09-cv-3221 KJM CKD P

   vs.

GARY SWARTHOUT, et al.,

        Defendants.     <u>ORDER</u>

_____/

       Plaintiff has filed two motions requesting the appointment of counsel. The United States Supreme Court has ruled that district courts lack authority to require counsel to represent indigent prisoners in § 1983 cases. See <u>Mallard v. United States Dist. Court</u>, 490 U.S. 296, 298 (1989). In certain exceptional circumstances, the court may request the voluntary assistance of counsel pursuant to 28 U.S.C. § 1915(e)(1). <u>Terrell v. Brewer</u>, 935 F.2d 1015, 1017 (9th Cir. 1991); <u>Wood v. Housewright</u>, 900 F.2d 1332, 1335-36 (9th Cir. 1990). In the present case, the court does not find the required exceptional circumstances.

/////

/////

/////

/////

1

Accordingly, IT IS HEREBY ORDERED that Plaintiff's motions for the appointment of counsel (Dkt. Nos. 49 & 52) are DENIED.

Dated: July 17, 2012

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

7
quin3221.31