IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

VICTOR QUINTANA,

        Plaintiff,                    2:  09-cv-3221 KJM CKD P

    vs.

GARY SWARTHOUT, et al.,

        Defendants.         ORDER

_____/

        Plaintiff has filed two motions requesting the appointment of counsel. The United States Supreme Court has ruled that district courts lack authority to require counsel to represent indigent prisoners in § 1983 cases. See Mallard v. United States Dist. Court, 490 U.S. 296, 298 (1989). In certain exceptional circumstances, the court may request the voluntary assistance of counsel pursuant to 28 U.S.C. § 1915(e)(1). Terrell v. Brewer, 935 F.2d 1015, 1017 (9th Cir. 1991); Wood v. Housewright, 900 F.2d 1332, 1335-36 (9th Cir. 1990). In the present case, the court does not find the required exceptional circumstances.

/////

/////

/////

/////

1

Accordingly, IT IS HEREBY ORDERED that Plaintiff's motions for the appointment of counsel (Dkt. Nos. 49 & 52) are DENIED.

Dated: July 17, 2012

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

7
quin3221.31