IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

VICTOR QUINTANA,

       Plaintiff,                    No. 2:09-cv-3221 KJM CKD P

    vs.

GARY SWARTHOUT, et al.,

       Defendants.             ORDER

_____/

        Plaintiff has filed a document entitled "Request for Production of Documents." Plaintiff is informed that court permission is not necessary for discovery requests and that neither discovery requests served on an opposing party nor that party's responses should be filed unless a party becomes dissatisfied with a response and seeks relief from the court pursuant to the Federal Rules of Civil Procedure. Discovery requests between the parties shall not be filed with the court unless, and until, they are at issue.

        Accordingly, IT IS HEREBY ORDERED that plaintiff's request for production of documents (Dkt. No. 58) will be placed in the court file and disregarded. Plaintiff is cautioned that further filing of discovery requests or responses, except as required by rule of court, may

/////

/////

1

1 | result in an order of sanctions, including, but not limited to, a recommendation that this action be
2 | dismissed.

Dated: August 20, 2012

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

7
quin3221.411