IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

VICTOR QUINTANA,

        Plaintiff,                       No. 2:09-cv-3221 KJM CKD P

    vs.

GARY SWARTHOUT, et al.,

        Defendants.            ORDER

_____/

        Plaintiff has filed a motion seeking attendance of unincarcerated witnesses, health care providers and mental health providers at trial (see Dkt. No. 59.) and a motion seeking attendance of incarcerated witnesses at trial. (See Dkt. No. 61.) No trial date has yet been set. The deadline for filing a dispositive pretrial motion is not until November 12, 2012. Thus, his motions for a court order requiring witnesses to be brought to court at trial will be denied as premature.

/////

/////

/////

/////

/////

1

1  Accordingly, IT IS HEREBY ORDERED that plaintiff's motions for the
2  attendance of witnesses at trial (Dkt. Nos. 59 & 61) are DENIED WITHOUT PREJUDICE as
3  premature.

Dated: August 20, 2012

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

7
quin3221.witnesses

2