IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

VICTOR QUINTANA,

    Plaintiff,               No. 2:09-cv-3221 KJM CKD P

    vs.

GARY SWARTHOUT, et al.,

    Defendants.       <u>ORDER</u>

                             /

On August 20, 2012, the magistrate judge issued an order denying plaintiff appointment of an interpreter and counsel. On October 18, 2012, plaintiff filed a motion for reconsideration of that order. Local Rule 303(b), states "rulings by Magistrate Judges . . . shall be final if no reconsideration thereof is sought from the Court within fourteen (14) days . . . from the date of service of the ruling on the parties." Plaintiff's motion for reconsideration of the magistrate judge's order of August 20, 2012 is therefore untimely.

Accordingly, IT IS HEREBY ORDERED that plaintiff's motion for reconsideration (Docket No. 70) is denied.

DATED: December 18, 2012.

                                            UNITED STATES DISTRICT JUDGE